■ JOHN KOMMER, Appellant, v. AETNA CASUALTY & SURETY COMPANY et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment and order of Monroe County Court reversing a judgment of Rochester City Court for plaintiff, in an action under a collision insurance policy.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ DONALD F. YORKEY, Respondent, v. IRA HAMILTON et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Cayuga Trial Term for plaintiff, in an automobile negligence action. The order denies a motion for a new trial.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ CLAYTON M. JONES, Appellant, v. BLACKSTONE CORPORATION, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment and order of Chautauqua Special Term dismissing plaintiff's complaint, in an injunction-accounting action.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ IDA SANOW et al., Respondents, v. ROCHESTER RED WING BASEBALL CLUB, INC., Appellant.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders of Monroe Special Term (1) dismissing defendant's motion for a dismissal of plaintinffs' complaint, and (2) resettling the previous order and denying defendant's motion to dismiss the complaint.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ WALTER F. NIEMAN, Respondent, v. MARGARET SACKETT et al., Appellants.— Judgment and order affirmed, with costs to plaintiff against defendant Margaret Sackett. All concur. (Appeal from a judgment of Oneida Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD DOUGLAS, Appellant.— Order affirmed. All concur. (Appeal from an order of Onondaga County Court denying defendant's application for a writ of error coram nobis.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.